1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHANNON CUNNINGHAM,

        Plaintiff,

  v.

TRANS UNION LLC,

        Defendant.
_____/

No. C 19-02447 JSW

**ORDER TO SHOW CAUSE**

      By order dated May 22, 2019, this Court set the initial case management conference for August 30, 2019, and required personal appearances by counsel. On August 19, 2019, in order to accommodate Plaintiff's counsel, Kelsey Kuberka, the Court allowed her to appear by telephone. On Friday, August 30, 2019, this Court held the initial case management conference in this matter. Counsel for Plaintiff did not appear in person or by telephone.

      Accordingly, Plaintiff's counsel is HEREBY ORDERED TO SHOW CAUSE in writing as to why the Court should not impose monetary sanctions in the amount of $250.00. Plaintiff's response to this Order to Show Cause shall be due by September 6, 2019.

      **IT IS SO ORDERED.**

Dated: September 3, 2019

                    _____
                    JEFFREY S. WHITE
                    UNITED STATES DISTRICT JUDGE